IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:02-cr-00043 MMP

FREDDIE LEE MURPHY,

   Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 402, Motion for Clarification, filed by Defendant Freddie Lee Murphy. The Government was directed to respond to Defendant's motion, and has done so. Doc. 404. In its Response, the Government states it has determined that there is an insufficient factual basis to support the filing of a Rule 35 motion on Defendant Murphy's behalf. Because this decision rests within the discretion of the Government, and because Defendant has not alleged or demonstrated any unconstitutional motive, Defendant's motion is denied.

**DONE AND ORDERED** this   *20th* day of September, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge