IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 1:02-cr-00043-MP -GRJ

FREDDIE LEE MURPHY,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 551, Motion for BOP Designation Judicial Recommendation by Freddie Lee Murphy. Defendant moves the Court to make a judicial recommendation that he be designated to a Bureau of Prisons facility near Gainesville, Florida, to enable him to have continuing contact with his family. The government has no objection to the motion. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Motion for BOP Designation is GRANTED.

    2.    The Court recommends that Defendant Murphy be designated to a Bureau of Prisons facility near Gainesville, Florida.

    3.    The Clerk is directed to send a copy of this order to the Bureau of Prisons.

    **DONE AND ORDERED** this _6th_  day of May, 2011

                                          *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge