IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 1:02-cr-00043-MP -GRJ

FREDDIE LEE MURPHY,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 565, Motion Requesting Copies by the United States of America. The government requests copies of all exhibits offered into evidence during the Violation of Supervised Release hearing on May 3, 2011. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Clerk is directed to provide the government copies of all exhibits offered into evidence during the hearing on May 3, 2011.

**DONE AND ORDERED** this  *23rd* day of May, 2011

                        *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge